# Court of Appeals
# of the State of Georgia

ATLANTA,  April 28, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0336. YVETTA D. GREEN v. UNITED COMMUNITY BANK.

Yvetta D. Green filed suit against United Community Bank ("the Bank") in Gwinnett County.[1] She subsequently filed a motion to transfer venue to Henry County. The Bank moved for summary judgment. On February 21, 2025, the trial court entered an order denying Green's motion to transfer and granting the Bank's motion for summary judgment. On April 1, 2025, Green filed this application for discretionary appeal.

The grant of summary judgment may be appealed directly. OCGA § 9-11-56 (h). Ordinarily, we will grant an otherwise timely discretionary application of the lower court's order is subject to direct appeal. OCGA § 5-6-35 (j). To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). Here, however, Green filed her application 39 days after the superior court's order. The deadline for filing an application for discretionary review is jurisdictional, and this Court cannot accept an application not made in compliance with the relevant statute. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012).

---

[1] The case originated in magistrate court before being transferred to superior court.

Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/28/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*